**FILED & ENTERED**

**APR 11 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bakchell **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>KODY BRANCH OF CALIFORNIA, INC.,<br><br>Debtor. | Case No. 2:17-bk-23722-RK<br><br>Chapter 11<br><br>**CORRECTED ORDER ON NOTICE OF VOLUNTARY DISMISSAL/WITHDRAWAL BY UNITED STATES TRUSTEE OF MOTION UNDER 11 U.S.C. § 1112(b) TO CONVERT, DISMISS OR APPOINT A CHAPTER 11 TRUSTEE WITH AN ORDER DIRECTING PAYMENT OF QUARTERLY FEES AND FOR JUDGMENT THEREON AND REQUEST TO VACATE EVIDENTIARY HEARING, SETTING FURTHER HEARING ON MOTION AND NOTICE OF VOLUNTARY DISMISSAL WITHDRAWAL AND VACATING EVIDENTIARY HEARING**<br><br>Date: April 18, 2018<br>Time: 11:00 a.m.<br>Courtroom: 1675<br>Roybal Federal Building<br>255 East Temple Street<br>Los Angeles, California |

   Pending before the court is the Notice of Voluntary Dismissal/Withdrawal by the United States Trustee of his motion under 11 U.S.C. § 1112(b) to convert, dismiss or appoint a Chapter 11 trustee with an order directing payment of quarterly fees and for

judgment thereon and request to vacate evidentiary hearing, filed on March 26, 2018. Given the multiple responses of interested parties to the contested matter of the motion of the United States Trustee to convert, dismiss or appoint trustee, the court had set the motion for an evidentiary hearing before the court on April 25, 2018 at 9:00 a.m. As recognized by Local Bankruptcy Rule 9013-1(k), an order on a request for voluntary dismissal of a motion may be required, and thus, the court issues this order on the request of the United States Trustee for voluntary dismissal of his motion and rules as follows:

    1. Since multiple parties had filed responses to the motion of the United States Trustee to convert, dismiss or appoint a trustee, the court sets a hearing on the voluntary dismissal/withdrawal of the motion by the United States Trustee for April 18, 2018 at 11:00 a.m. before the undersigned United States Bankruptcy Judge in Courtroom 1675, Roybal Federal Building, 255 East Temple Street, Los Angeles, California. This also means that the court will also have a further hearing on the underlying motion of the United States Trustee to convert, dismiss or appoint a trustee at the same date and time as the hearing on the voluntary dismissal/withdrawal of the motion. A hearing on the court's order to show cause why the bankruptcy case should not be dismissed because Debtor, an entity debtor, is no longer represented by counsel as required by Local Bankruptcy Rule 9011-2(a) is also set for the same date and time of April 18, 2018 at 11:00 a.m., and it makes sense that all of these matters be heard together.

    2. The evidentiary hearing on the motion set for April 25, 2018 at 9:00 a.m. is vacated because most likely, the hearing on the motion now being set for April 18, 2018 at 11:00 a.m. will resolve the motion, and an evidentiary hearing would probably not be necessary. If an evidentiary hearing on the motion is later shown to be needed, it can be rescheduled at the appropriate time.

    3. Any party in interest who desires to respond to the voluntary dismissal/withdrawal by the United States Trustee of his motion to convert, dismiss or

appoint a trustee, or to further respond to the underlying motion to convert, dismiss or appoint a trustee, may do so orally at the hearing on April 18, 2018.

    IT IS SO ORDERED.

###

Date: April 11, 2018

_____
Robert Kwan
United States Bankruptcy Judge